JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBINA TIKHONOV, <br>     Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br><br>     Defendant. | CASE NO. 2:20-cv-09374-AGR <br><br> ~~[PROPOSED]~~ **JUDGMENT** |

The Court hereby approves the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with this Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: August 16, 2021

*alicia G. Rosenberg*

HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE